No. —, original. Ex parte ROY HULLIG;

No. —, original. Ex parte ARTHUR R. McCLEARY; and

No. —, original. Ex parte HARRY MURRAY. May 27, 1940. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. Ex parte NORMAN BAKER. May 27, 1940. The motion for leave to file petition for writ of habeas corpus is denied. The motion for leave to apply for a writ of certiorari is also denied.

No. —, original. UNITED STATES EX REL. GEISELMAN *v.* HUNT, WARDEN. May 27, 1940. Motion for leave to proceed *in forma pauperis,* and motion for leave to file a petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit, denied.

No. —. LEWIS, EXECUTRIX, ET AL. *v.* FONTENTO, COLLECTOR. May 27, 1940. Application denied.